Commonwealth *v.* Osborn, Appellant.

Submitted April 14, 1969. *Louis D. Musica,* for appellant; *David P. Truax,* Assistant District Attorney, and *Paul D. Shafer, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Parnell, Appellant.

Submitted April 14, 1969. *James G. Parnell,* appellant, in propria persona; *Charles B. Watkins* and *Carol Mary Los,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Pent, Appellant.

Submitted April 14, 1969. *John J. Dean* and *Anthony C. Troiano,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Charles B. Watkins,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.